UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. HOFER )<br>      PLAINTIFF ) | CIVIL ACTION NO.:<br>4:11-cv-121 |
| ) | |
| VS. ) | |
| ) | |
| CREDIT CONTROL, LLC ) | JURY TRIAL DEMANDED |
| DEFENDANT. ) | |

## COMPLAINT

Plaintiff, Joseph A. Hofer, brings this action pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. seeking a declaration that Defendant's debt collection practices violate the FDCPA, and to recover damages for Defendant's violation of the FDCPA, and alleges:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §1331.

2. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here and the Defendant transacts business here.

## PARTIES

3. Plaintiff, Joseph Hofer, is a citizen of the State of Missouri, residing in the County of Missouri, from whom Defendant attempted to collect a delinquent consumer debt allegedly owed to First Bank, Inc.

4. Defendant, Credit Control, LLC, is a Missouri Corporation which acts as a debt collector, as defined by § 1692a of the FDCPA, as it regularly

uses the mails and/or telephone to collect or attempt to collect delinquent consumer debts, including delinquent consumer debts in the Eastern District of Missouri.  Credit Control, LLC was acting as a debt collector as to the delinquent consumer debt it attempted to collect from Plaintiff.  Defendant's Registered Agent is Richard A. Saffer, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042.

## FACTUAL ALLEGATIONS

5.    On or about April 26, 2010, Defendant made its initial contact with Plaintiff by forwarding correspondence to Plaintiff at his mailing address in an effort to collect on a delinquent consumer debt originally owed to First Bank, Inc.  The letter was received at 442 S. Gore, St. Louis, MO 63119.

6.    On September 14, 2010, Defendant's collector left a message for Plaintiff on Plaintiff's cell phone voice mail recording device.  Plaintiff's cell phone number is (314) 225-5278.  The message stated:  "This message is for Joseph Hofer.  My name is Mike Stockley.  I'm calling from Credit Control.  Please reach us at (800) 281-2526.  The number again (800) 281-2526.  We'll be here until 8 o'clock central tonight."

7.    On December 6, 2010 Plaintiff's attorney sent a letter via facsimile transmission to Defendant which advised Defendant that Plaintiff was represented by counsel and which disputed the debt and requested validation.  A copy of said correspondence that the fax delivery confirmation sheet are attached hereto as Exhibit A.

8. On January 10, 2011, Plaintiff was contacted directly on his personal cell phone by one of Defendant's collectors regarding the alleged debt.

## COUNT I
## Violations Of § 1692e(11) Of the FDCPA
## Failure to Provide Required Disclosures

9. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

10. Section 1692e(11) of the FDCPA requires debt collectors in subsequent communications to consumers to disclose that the communication is from a debt collector in an attempt to collect a debt.

11. Defendant's collector Mike Stockley left a message on Plaintiff's cell phone voice mail recording device on September 14, 2010 in an effort to collect on a delinquent consumer debt.

12. Defendant's collector failed to state that the call was from a debt collector in an attempt to collect in violation of § 1692e(11) of the FDCPA.

13. Defendant's violations of Sections 1692e(11) and 1692d(6) of the FDCPA renders it liable for actual damages and statutory damages, costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k.

## COUNT II
## Violation Of § 1692c(a)(2) Of the FDCPA
## Improper Third Party Contacts

14. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

15. Section 1692c(a)(2) of the FDCPA prohibits a debt collector from directly contacting a consumer it knows to be represented by counsel.

16. Credit Control, LLC violated §1692c(a)(2) of the FDCPA when its collector contacted Plaintiff directly on his personal cell phone after Defendant had been advised that Plaintiff was represented by counsel.

17. Defendant's violation of § 1692c(a)(2) of the FDCPA render it liable for statutory damages, costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

Plaintiff, Joseph A. Hofer, prays that this Court:

1. Declare that Defendant's debt collection actions violated the FDCPA;

2. Enter judgment in favor of Plaintiff and against Defendant for statutory damages, costs, and reasonable attorneys' fees as provided by 15 U.S.C. § 1692k(a); and

3. Grant such further relief as deemed just and proper.

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

/s/ Joseph A. Hofer
**Joseph A. Hofer**

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 34138MO
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey1960@gmail.com
telephone: (314) 481-7778
fax: (314) 481-8479